# SUPREME COURT OF HAWAI'I

| | | | | |
|---|---|---|---|---|
| Pacific Radiation Oncology, LLC v. Queen's Medical Center | SCCQ–15–0000300 | 07/01/2016 | Denied | 138 Hawai'i 14, 375 P.3d 1252 |
| Thomas H. Gentry Revocable Trust, In re | SCWC–13–0000428 | 07/28/2016 | Denied | 138 Hawai'i 158, 378 P.3d 874 |